UNITED STATES GOVERNMENT
# MEMORANDUM

***TO:*** U. S. District Judge

***REPLY TO ATTN OF:*** David A. Conoly
United States Probation Officer

***SUBJECT:*** **JAMES JOHNSON**
**DOCKET NO. 2:04-00057-001**
**TRANSFER OF JURISDICTION REQUEST**

***DATE:*** May 2, 2007

**COURT HISTORY:** James Johnson was sentenced on December 13, 2004 in the Southern District of Alabama for Bank Robbery, in violation of 18 U.S.C. § 2113(a). Chief U.S. District Judge Callie V. S. Granade imposed a thirty-three (33) month custody sentence to be followed by three (3) years of supervised release. Special conditions of supervised release ordered include the following: (1) the defendant shall participate in a program of testing and treatment for drug and/or alcohol abuse as directed by the probation officer; (2) the defendant is prohibited from making major purchases, incurring new credit charges, or opening additional lines of credit without approval of the probation officer; (3) the defendant shall provide the probation office access to any requested financial information; and (4) the defendant shall pay $1,190 restitution.

**SUPERVISION HISTORY:** On or about July 27, 2006, James Johnson began his term of supervised release and relocated to the Middle District of Alabama. Mr. Johnson is disabled and is attempting to obtain social security benefits. He is currently residing with his elderly mother in Lowndes County, AL, and is assisting in caring for her.

**RECOMMENDATION:** Since the offender resides in the Middle District of Alabama, and is currently under supervision in this district, it is respectfully requested that jurisdiction of his case be transferred to this district. If Your Honor concurs with this request, please sign Part 2 of the attached Probation Form 22's, hereby accepting jurisdiction, and return the forms to the probation office.

Respectfully submitted,

David A. Conoly
United States Probation Officer

Reviewed and approved:

David Ron Thweatt
Supervisory U.S. Probation Officer

**APPROVED:**

________________________________________
United States District Judge/Date

**DISAPPROVED:**

________________________________________
United States District Judge/Date

**COMMENTS:**______________________

____________________________________

____________________________________

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | | |
|---|---|---|
| DOCKET NUMBER *(Tran. Court)* 04-00057-001 | DOCKET NUMBER *(Rec. Court)* CRMISC 1238 | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: James Johnson, 277 Glover Road, Tyler, Alabama 36785 | DISTRICT: Southern District of Alabama | DIVISION: Mobile |
| | NAME OF SENTENCING JUDGE: Callie V. S. Granade | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 7/27/2006 — TO 7/26/2009 |

OFFENSE
Bank Robbery

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF ALABAMA"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Middle District of Alabama** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3-13-07
*Date*

Callie V.S. Granade
*Chief United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____________________
*Effective Date*

_____________________
*United States District Judge*